IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL SANCHEZ, P.H. KING, GILBERTO MEDELLIN, HECTOR QUINTANILLA, LUZ BONILLA, ON BEHALF OF THEMSELVES AND ALL OTHERS SITUATED | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-235 JURY DEMAND |
| ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE TEXAS LLOYD'S, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE, ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, JOHN LESLEY, agent, JAIME PENA, agent, and JOHN TERRY, agent | § § § § § § § § § § § § | |

## DEFENDANTS' JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, **ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE TEXAS LLOYD'S, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, JOHN LESLEY, AGENT, JAIME PENA, AGENT, AND JOHN TERRY,** agent,

make this their Jury Demand in the above-styled and numbered cause.

                Respectfully submitted,

Jeffrey Lennard
Keith Moskowitz
SONNENSCHEIN, NATH & ROSENTHAL
8000 Sears Tower
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (FAX)

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (FAX)

ATTORNEYS FOR DEFENDANTS

By_____
RENE O. OLIVEIRA
Texas State Bar No. 15254700
Federal I.D. No. 4033

## CERTIFICATE OF SERVICE

I, Rene O. Oliveira,, the undersigned, hereby certify that a true and correct copy of the foregoing Defendants' Jury Demand has been mailed to:

Suzanne M. Schwartz
LAW OFFICES OF SUZANNE SCHWARTZ, P.C.
P. O. Box 532044
Harlingen, Texas 78553

Benigno "Trey" Martinez
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

on this 8th day of January, 2003.

_____
Rene O. Oliveira