IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MICHAEL SANCHEZ, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-02-235 |
| ALLSTATE CORPORATION, ET AL., | § § | |
| Defendants. | § § | |

### ORDER

BE IT REMEMBERED that on January 23, 2003, the Court **GRANTED** Defendants' Motion for a Stay of All Proceedings in this Action Pending Final Decision by the Judicial Panel on Multidistrict Litigation on Transfer of this Action [Dkt. No. 3]. The Parties are further **ORDERED** to inform the Court immediately of any action of the Panel on Multidistrict Litigation.

DONE at Brownsville, Texas, this 23rd day of January 2003.

Hilda G. Tagle
United States District Judge