# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**
Michael N. Milby, Clerk
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

February 12, 2003

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

Roger A. Milam, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3869

Re: MDL-1457 -- In re Allstate Insurance Co. Underwriting and Rating Practices Litigation

*Michael Sanchez, et al. v. Allstate Corp., et al.*, S.D. Texas, C.A. No. 1:02-235

Dear Mr. Milam:

I am enclosing one certified and additional copies of a conditional transfer order filed by the Panel in the above-captioned action on January 27, 2003. Section 1407 requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc:  Transferee Judge:   Judge Aleta A. Trauger
     Transferor Judge:   Judge Hilda G. Tagle
     Transferor Clerk:   Michael N. Milby

JPML Form 36

# INVOLVED COUNSEL LIST (CTO-2)
# DOCKET NO. 1457
# IN RE ALLSTATE INSURANCE CO. UNDERWRITING AND RATING PRACTICES LITIGATION

R. Scott Jackson, Jr.
Howell & Jackson, PLLC
144 Second Avenue, North
Suite 450
Nashville, TN 37201

Benigno T. Martinez, III
Martinez Y. Barrera, LLP
1201 E Van Buren Street
Bownsville, TX 78520

Rene O. Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, TX 78520

Suzanne M. Schwarz
Law Office Of Suzanne Michele Schwarz
P.O. Box 532044
Harlingen, TX 78553

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2003

FILED
CLERK'S OFFICE

**DOCKET NO. 1457**

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ALLSTATE INSURANCE CO. UNDERWRITING AND RATING PRACTICES LITIGATION*

*Michael Sanchez, et al. v. Allstate Corp., et al.*, S.D. Texas, C.A. No. 1:02-235

*CONDITIONAL TRANSFER ORDER (CTO-2)*

On June 19, 2002, the Panel transferred one civil action to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, three additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Aleta A. Trauger.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Trauger.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of June 19, 2002, 206 F.Supp.2d 1371 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Aleta A. Trauger.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 12 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION