**A CERTIFIED TRUE COPY**

FEB 12 2003

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2003

FILED
CLERK'S OFFICE

DOCKET NO. 1457

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE ALLSTATE INSURANCE CO. UNDERWRITING AND RATING PRACTICES LITIGATION*

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

*Michael Sanchez, et al. v. Allstate Corp., et al*, S.D. Texas, C.A. No. 1:02-235

FEB 19 2003

BY _____
DEPUTY CLERK

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On June 19, 2002, the Panel transferred one civil action to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, three additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Aleta A. Trauger.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Trauger.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of June 19, 2002, 206 F.Supp.2d 1371 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Aleta A. Trauger.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 12 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk

# United States District Court
# Middle District of Tennessee

Ann Frantz
*Operations Manager*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

February 20, 2003

Clerk of Court
United States District Court
Southern District of Texas
5401 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

In Re:   Michael Sanchez, et al v. Allstate Corp., et al
         S.D. Texas Case No. 1:02-235
         M.D. Tennessee Case No. 3:03-0154; Judge Aleta A. Trauger

Dear Clerk of Court:

Enclosed please find a certified copy of a transfer order from the Judicial Panel on Multidistrict Litigation transferring your above-mentioned case to the Middle District of Tennessee.

The new case number and judge assignment are listed above. **Please make reference to the new case number in your transmittal letter.**

At your earliest convenience, please transmit the original contents of the case file and a certified copy of the docket sheet. If you have any questions, please let me know.

Sincerely,

Ann Frantz

Enclosure
xc:  MDL Judicial Panel Clerk
     Judge Aleta A. Trauger
     Patsy Flowers, Intake Supervisor